# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALFRED RUIZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY, Warden,<br><br>　　　　Respondent. | Case No. CV 16-4354 JGB (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. (Docket # 25.)

　　　　The Court notes Petitioner's contention that "the AEDPA statute of limitations is subject to re-setting" for the removal of "an impediment" to filing for federal relief. (<u>Id.</u> at 3-4.) From this, Petitioner claims that the AEDPA limitations period – even if expired – can be revived due to later events. That is directly

contrary to decisions of the Ninth Circuit and the U.S. Supreme Court. AEDPA "does not permit the reinitiation of the limitations period that has ended." Ferguson v. Palmateer, 321 F.3d 820, 823 (9th Cir. 2003). As a factual matter, Petitioner concedes he was "separated from the person who was assisting him" with his criminal case more than one year after his conviction became final. (Docket # 25 at 2.) That ended his ability to file a timely petition under AEDPA regardless of whatever subsequent events occurred

The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: April 27, 2017

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE