JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANIEL ALFRED RUIZ,

    Petitioner,

v.

RONALD RACKLEY, Warden,

    Respondent.

Case No. CV 16-4354 JGB (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 27, 2017

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE